Daniel T. Paris
Attorney at Law, SBN 79520
3220 Stevens Creek Blvd., Suite A
San Jose, CA 95117
Telephone: (408) 279-6262
Fax: (408) 288-7848

Attorney for Creditor,
Golden Gate General Group, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO: 11-54401 ASW |
| KATHARINA HARMON aka Katharina Marianne Harmon, | CHAPTER 13 |
| Debtor. | RS NO.: DTP-39 |
| | NOTICE OF HEARING ON MOTION FOR ORDER TERMINATING AUTOMATIC STAY |
| | Date: July 1, 2011<br>Time: 2:00 PM<br>Judge: Arthur S. Weissbrodt<br>Courtroom: 3020 |

TO: Debtor, KATHARINA MARIANNE HARMON, debtor's attorney, Angie YC Tong, the Chapter 13 Trustee, the United States Trustee; and parties requesting special notice:

NOTICE IS HEREBY GIVEN that on July 1, 2011, at 2:00 PM, or as soon thereafter as the matter may be heard in Courtroom 3020 of the United States Bankruptcy Court located at 280 S. First Street, San Jose, California, before the Honorable Arthur S. Weissbrodt, United States bankruptcy judge, Golden Gate General Group, LLC ("the Movant"), by and through its attorney, Daniel T. Paris, will respectfully move this Court for relief from the automatic stay for cause under 11 U.S.C. § 362(d) with respect to recovery of possession of the real property commonly known as 4436 Faulkner Drive, Fremont, CA 94536 (herein "the real property").

NOTICE IS HEREBY FURTHER GIVEN that if you fail to appear, either personally or through legal counsel or representative at the time and place hereinabove set for hearing, the

bankruptcy court may grant the relief sought by Movant and may make an order terminating the automatic stay under 11 U.S.C. § 362(d) with waiver of B.R. 4001(a)(3) and authorizing and permitting Movant to complete the eviction of Debtor from the referenced property under California Code of Civil Procedure 1161A et. seq. without further order of the Court.

Dated: June 10, 2011

/s/ DANIEL T. PARIS
Bar No. 79520
Attorney for the Movant